

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| RIVER MASCARI, | | No. 08-16-00278-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 210th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20130D00686) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JANUARY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.